IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAMOL DJALILOV,**<br><br>　　　　　**Petitioner,**<br><br>　　v.<br><br>**DAVID O'NEILL,** *et al.***,**<br><br>　　　　　**Respondents.** | **CIVIL ACTION NO.  25-6986** |

## ORDER

**AND NOW,** this 12th day of December 2025, upon consideration of Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1], it is hereby **ORDERED** as follows:

1. Respondents are ordered to **SHOW CAUSE** why the Petition for Writ of Habeas Corpus should not be granted **by December 16, 2025, at 12 p.m.**

2. The Clerk of Court is directed to make service upon the U.S. Attorney's Office, the Federal Detention Center Philadelphia, and the Philadelphia Immigration and Customs Enforcement ("ICE") Field Office. The Clerk shall provide the U.S. Attorney's Office, the Federal Detention Center Philadelphia, and the Philadelphia ICE Field Office with an acceptance of service form, the Petition for Writ of Habeas Corpus, and a copy of this Order.

3. This matter shall be heard by the Honorable Cynthia M. Rufe on **December 17, 2025, at 10:30 a.m.** in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

4. Respondents shall not deport or transfer Petitioner from this Court's jurisdiction prior to the hearing. Respondents may release Petitioner from detention.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J**