IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DJALILOV, | : |
| | : |
| Petitioner | : CASE NO. 2:25-cv-06986-CMR |
| v. | : |
| | : |
| O'NEILL, ET AL. | : |
| | : |
| Respondents. | : |

## **STIPULATION AND ORDER**

Petitioner is non-citizen who has been detained by immigration authorities since December 11, 2025. Petitioner filed this action for a writ of habeas corpus on December 11, 2025 (Doc. No. 1). Pursuant to the Court's Order (Doc. No. 2), the respondents are to file an opposition to the petition on or before December 16, 2025, at 12 P.M. (Doc. No. 3). The Court further ordered oral argument to occur on December 17, 2025, at 10:30 A.M. (Doc. No. 3).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the emergency petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

Oral argument scheduled for December 17, 2025 is cancelled; and

The Court will decide the petition on the papers.

| | |
|---|---|
| Dated: December 15, 2025 | Respectfully submitted, |
| | DAVID METCALF<br>United States Attorney |
| */s/ Christopher M. Casazza* <br>CHRISTOPHER M. CASAZZA<br>Palladino, Isbell & Casazza, LLC<br>1528 Walnut St, Suite 1701<br>Philadelphia, PA 19102<br>Office: (215) 576-9000<br>Email: Chris@piclaw.com<br><br>*Counsel for Petitioner* | */s/ Mansi G. Shah* <br>MANSI G. SHAH<br>Assistant United States Attorney<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Phone: (215) 861-8318<br>Email: Mansi.Shah@usdoj.gov<br><br>*Counsel for Respondents* |

BY THE COURT

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE
United States District Court Judge