IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMOL DJALILOV,<br>           Petitioner,<br>v.<br>DAVID O'NEILL, *et al.*,<br>           Respondents. | CIVIL ACTION NO.  25-6986 |

# ORDER

**AND NOW,** this 19th day of December 2025, upon consideration of Kamol Djalilov's Petition for Writ of Habeas Corpus [Doc. No. 1], and for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Djalilov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Djalilov from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 12:00 p.m. ET on December 20, 2025;

3. The government is temporarily enjoined from re-detaining Djalilov for seven days following his release from custody;

4. If the government chooses to pursue renewed detention of Djalilov after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings. Pending the ordered bond hearing, the government cannot remove, transfer, or otherwise facilitate the removal of Djalilov from the Eastern District of Pennsylvania before the ordered bond

hearing. If the immigration judge determines that Djalilov is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Djalilov if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Djalilov.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**